

LISA J. RODRIGUEZ, NEW JERSEY MANAGING PARTNER
WOODLAND FALLS CORPORATE PARK
220 LAKE DRIVE EAST   SUITE 200   CHERRY HILL, NJ 08002-1165
856.482.5222   FAX 856.482.6980   schnader.com

Lisa J. Rodriguez
Direct Dial 856-482-5741
Direct Fax 856-482-2578
E-Mail: lrodriguez@schnader.com

January 15, 2019

**VIA ECF**
Clerk of the Court
U.S. District Court, District of New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      **Re:**     Duke University, Allergan, Inc., and Allergan Sales, LLC
                  v. Akorn, Inc. and Hi-Tech Pharmacal Co., Inc.
                  3:18-cv-14035-BRM-TJB

Dear Sir/Madam:

      Defendant Akorn moves, pursuant to L. Civ. R. 7.1(d)(5), for an extension of time to respond to Plaintiffs' Motion to Dismiss Akorn's Counterclaims or Alternatively to Bifurcate or Stay. The original motion date has not previously been adjourned or extended. The motion is presently returnable on February 4, 2019 and will now be returnable on February 19, 2019.

      Thank you for your attention to this matter. I am available to answer any questions the Court may have.

                                        Very truly yours,

                                        *s/Lisa J. Rodriguez*
                              For SCHNADER HARRISON SEGAL & LEWIS LLP

cc:     All counsel of record (via ECF)